842 F.2d 339
 Wright (Ruth, Willodean), Shrader (Ruth), Shaw (Jo), Scott
(Jackie), Henery (Amy), Wooden (Ira), Brown
(Bonnie), Hutchins (Carolyn), Griffin
(Beatrice), Washington (Susette)
v.
Revere Copper and Brass Incorporated, Revere Aluminium
Southeast, Inc., Local 7468, United Steelworkers of America
 NO. 86-7437
 United States Court of Appeals,
Eleventh Circuit.
 MAR 14, 1988
 Appeal From: N.D.Ala., 836 F.2d 505
 
 1
 DENIALS OF REHEARING EN BANC.